[No. 43566-3-I.    Division One.    January 24, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID T. BOLLING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-03403-0, Suzanne Marie Barnett, J., entered October 5, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43561-2-I.    Division One.    January 24, 2000.]

LISA DEBRIAE, *Appellant*, v. ATTACHMATE CORPORATION, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-31126-8, Robert H. Alsdorf, J., entered October 5, 1998. *Reversed* by unpublished opinion per Agid, A.C.J., concurred in by Webster and Baker, JJ.

[No. 43655-4-I.    Division One.    January 24, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN CALLAHAN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-2-05107-6, Anita L. Farris, J., entered August 5, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43687-2-I.    Division One.    January 24, 2000.]

TERESA LYN MENSCH, ET AL., *Appellants*, v. KENNETH J. POLLARD, *as Personal Representative, Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 93-2-01427-5, Steven J. Mura, J., entered October 28, 1998. *Dismissed* by unpublished opinion per Agid, A.C.J., concurred in by Coleman and Grosse, JJ.